United States District Court
for the District of New Jersey

_____

**USA**

          Plaintiff

          vs.

**YOLANDA JAUREGUI**

          Defendant
_____

Crim. No. 09-903

Order of Reassignment

It is on this 11th day of September 2012,

O R D E R E D that the entitled action is reassigned

from Judge William J. Martini to Judge Dennis M. Cavanaugh.

                                     S/Jerome B. Simandle
                                Jerome B. Simandle, Chief Judge
                                United States District Court